UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE SHERK, | CASE NO. 25-cv-01137-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AUDIBLE, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court ORDERS each party to file a supplemental brief of no more than 2,100 words by January 2, 2026 that addresses two questions. First, does Plaintiff's Complaint adequately allege that she "expected remuneration from [Audible] at the time [she] performed or conferred [a] benefit on [Audible] and that the failure of remuneration enriched [Audible] beyond its contractual rights," as apparently required to state a claim for unjust enrichment under New Jersey law? *See Plastic Surgery Ctr., P.A. v. Aetna Life Ins. Co.*, 967 F.3d 218, 240 (3d Cir. 2020) (citation omitted). Second, does Plaintiff's Complaint adequately allege that "services were performed for [Audible] resulting in [Audible's] unjust enrichment," as apparently

MINUTE ORDER - 1

required to state claim for unjust enrichment under New York law? *See Clark v. Daby*, 751 N.Y.S.2d 622, 623 (2002) (quoting *Kagan v. K–Tel Entertainment*, 568 N.Y.S.2d 756)).

(2) The Court renotes the motion to dismiss at Dkt. # 37 for January 2, 2026.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 18th day of December, 2025.

                                              Ravi Subramanian
                                              Clerk

                                              */s/Ashleigh Drecktrah*
                                              Deputy Clerk

MINUTE ORDER - 2