UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRACE SHERK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AUDIBLE, INC.,

Defendant.

NO. 2:25-cv-01137-JHC

**ORDER RE: PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

THIS MATTER comes before the Court on Plaintiff's Motion for Extension of Time to File Amended Complaint. Dkt. # 54. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.

Defendant presents persuasive arguments in opposition to the motion (Dkt. # 55); but the Court would like the opportunity to consider the Motion to Intervene and to Gain Access to Sealed Documents pending in *Heck v. Amazon*, 2:23-cv-01219-JHC (W.D. Wash). Therefore, the Court ORDERS as follows:

Plaintiff is granted an extension of time within which to file her amended complaint in accordance with this Court's Order of March 16, 2026. The previous filing deadline of April 6, 2026 is withdrawn. Plaintiff's time to file an amended complaint is extended:

1.    To ten court days following the Court's ruling on her Motion to Intervene and to Gain Access to Sealed Documents in *Heck* if the motion is granted in any respect; and

ORDER RE: PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE AMENDED
COMPLAINT
Case No. 2:25-cv-001137-JHC - 1

2.    To five court days following the Court's ruling on her Motion to Intervene and to Gain Access to Sealed Documents in *Heck* if the motion is denied. [1]

Dated this day of April 3, 2026.

John H. Chun
United States District Judge

---

[1] On April 2, 2026, Plaintiff's counsel Rebecca Solomon sent the Court an email stating in part, "We are writing to alert the Court that Plaintiff's Motion for Extension of Time to File Amended Complaint (Dkt. 54) has been fully briefed in advance of the noting date. The motion is time sensitive as it relates to an upcoming Monday April 6 deadline to file an amended complaint.  We appreciate the Court's attention to the motion."  Even though this Court has over 200 other civil cases currently pending before it—and this District has recently been flooded with immigration habeas cases (Mike Carter, *WA federal courts flooded with immigration cases*, The Seattle Times (Apr. 2, 2026), https://www.seattletimes.com/seattle-news/law-justice/wa-sees-historic-surge-of-immigrants-challenging-their-detention/)—it has strived to be responsive to counsel's concerns and ruled on the motion today, the noting date.  The Court hopes that counsel is satisfied with the timeliness of the ruling.

ORDER RE: PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE AMENDED
COMPLAINT
Case No. 2:25-cv-001137-JHC -  2